# COVER LETTER FOR FEDERAL LAWSUIT FILINGS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA          '25CV1664 JES  JLB
333 West Broadway, Suite 420
San Diego, CA 92101

**DATE:** June 29, 2025

**To the Clerk of the Court:**

I, Jacob Matthew, a private Minnesotan acting in my equitable, private capacity as Trustee of the Jacob Matthew: Jensen Family Trust, respectfully submit the enclosed filings for two lawsuits: (1) June 20th Rights Deprivations (Jacob Matthew v. Christopher Palomares, et al.) and (2) Passport Denial Lawsuit (Jacob Matthew v. United States, et al.), per "equity demands justice" (*Gibson's Suits in Chancery*, Chapter 2, Section 17; Pomeroy's *A Treatise on Equity Jurisprudence*, Volume 1, Section 109).

As an indigent pro se litigant and honorably discharged veteran of the U.S. Army's 75th Ranger Regiment, 2nd Battalion, I request the following, per "equity aids the vigilant":

1. File the enclosed Original and Copy folders for each lawsuit.
2. Forward the following ex parte motions to the duty magistrate judge for immediate review:
   - Request for In-Chambers Conference (both lawsuits)
   - Motion for Temporary Restraining Order (both lawsuits)
   - Motion to Seal (both lawsuits)
   - Motion to Proceed In Forma Pauperis (both lawsuits)
   - Notice of Related Cases (both lawsuits)
3. Schedule the non-ex parte Notice of Motion and Motion for Preliminary Injunction (both lawsuits) per court procedure.
4. Assign my equitable claims to an Article III judge for final adjudication, while allowing magistrate review of ex parte motions, per "equity demands justice."
5. Provide stamped copies of all Original documents for my records, as I am filing In Forma Pauperis.

The documents are two-hole punched and ordered with a Complaint Index for reference, with exhibits marked "Exhibit [Number]" in black ink of the top right corner, per "equity demands truth." I am available at (763) 258-3004 or jakej2284@gmail.com for any clarification needed. Thank you for your assistance in this equitable pursuit, per "equity acts with speed."

**DATED**: June 29, 2025
**Respectfully submitted,**

Jacob Matthew, in Private Capacity
c/o 29489 Miller Road
Valley Center, CA 92082
Phone: (763) 258-3004
Email: jakej2284@gmail.com
Sui Juris Plaintiff

**Autograph**: *Jacob Matthew*/Beneficiary  Executed: June 29, 2025
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sui Juris, In Private Capacity

## COMPLAINT DOCUMENT INDEX

'25CV1664 JES JLB

1. Civil Cover Sheet (JS 44)
2. Notice of Related Cases
3. Request for In-Chambers Conference
4. Motion to Seal
5. Proposed Order for Motion to Seal
6. Notice of Motion for Preliminary Injunction
7. Motion for Preliminary Injunction
8. Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction
9. Proposed Order for Preliminary Injunction
10. Motion for Temporary Restraining Order
11. Proposed Order for Temporary Restraining Order
12. AO 239 Application to Proceed In Forma Pauperis
13. Motion to Proceed In Forma Pauperis
14. Proposed Order for Motion to Proceed In Forma Pauperis
15. Exhibit Index
16. Verified Complaint for Equitable Relief for Wrongful Denial of Passport
17. Exhibits to Complaint

   **Exhibit 1**: California Superior Court Case: 24CU019517N (December 13, 2024)
   **Exhibit 2**: Letter from Dept of State (October 17, 2024)
   **Exhibit 3**: Notice to San Diego Passport Agency (April 30, 2025)
   **Exhibit 4**: Notice to Marco Rubio (April 30, 2025)
   **Exhibit 5**: Notice to Office of Inspector General (April 30, 2025)
   **Exhibit 6**: Notice to California Attorney General, U.S. Attorney General (April 30, 2025)
   **Exhibit 7**: Certificate of Trust (December 18, 2024)
   **Exhibit 8**: Notice of Acceptance by Trustee (December 18, 2024)
   **Exhibit 9**: Letter from Dept. of State (June 6, 2025)
   **Exhibit 10**: Appeal Letter to Dept. of State (June 10, 2025)
   **Exhibit 11**: Notice of Fiduciary Relations (February 13, 2025)