UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA   '25CV1664 JES JLB

Jacob Matthew, a Private Minnesotan, Trustee of a Private, Foreign Equitable Trust,
Plaintiff,

v.

United States,
United States Department of State,
San Diego Passport Agency,
Marco Rubio, in his official capacity as Secretary of State,
Defendants.

Case No.:

**Plaintiff's Contact Information**
Jacob Matthew
c/o 29489 Miller Road
Valley Center, CA 92082
Phone: (763) 258-3004
Email: jakej2284@gmail.com
Sui Juris Plaintiff

**EXHIBIT INDEX FOR VERIFIED EQUITABLE COMPLAINT**

This Exhibit Index, presented under the inherent chancery powers of this Honorable Court, lists the evidence supporting my equitable estate and unalienable rights to travel, privacy, a U.S. passport, and fiduciary duty, as detailed in the Verified Equitable Complaint for Specific Performance, per "equity demands justice." Each exhibit is offered to demonstrate the wrongs inflicted by Defendants' refusal to issue a passport without a Social Security Number, threatening my trust's integrity, per "equity abhors a forfeiture."

# EXHIBIT INDEX

1. **California Superior Court Case: 24CU019517N (December 13, 2024)**
   - Affirms Plaintiff's equitable estate and private capacity as a Minnesotan, per Complaint paragraph 1, per "equity regards substance over form."
2. **Letter from Dept of State (October 17, 2024)**
   - Evidences Defendants' initial wrongful denial of Plaintiff's passport application, demanding an SSN, per Complaint paragraph 10, per "equity abhors a forfeiture."
3. **Notice to San Diego Passport Agency (April 30, 2025)**
   - Documents Plaintiff's attempt to assert equitable rights and demand remedy, per Complaint paragraphs 11–12, per "equity regards silence as admission."
4. **Notice to Marco Rubio (April 30, 2025)**
   - Evidences Plaintiff's notice to the Secretary of State demanding equitable relief, per Complaint paragraph 12, per "equity regards silence as admission."

5. **Notice to Office of Inspector General (April 30, 2025)**
   - Shows Plaintiff's effort to seek oversight and remedy for Defendants' wrongs, per Complaint paragraph 12, per "equity regards silence as admission."
6. **Notice to California Attorney General, U.S. Attorney General (April 30, 2025)**
   - Demonstrates Plaintiff's notice to authorities demanding remedy, per Complaint paragraph 12, per "equity regards silence as admission."
7. **Certificate of Trust (December 18, 2024)**
   - Affirms the creation of the Jacob Matthew: Jensen Family Trust, a private, foreign equitable trust, per Complaint paragraph 9, per "equity protects the innocent."
8. **Notice of Acceptance by Trustee (December 18, 2024)**
   - Evidences Plaintiff's acceptance of fiduciary duty as Trustee, per Complaint paragraph 9, per "equity acts in personam."
9. **Letter from Dept. of State (June 6, 2025)**
   - Documents Defendants' continued wrongful denial of Plaintiff's passport, demanding an SSN, per Complaint paragraph 13, per "equity demands justice."
10. **Appeal Letter to Dept. of State (June 10, 2025)**
    - Shows Plaintiff's good-faith effort to exhaust administrative remedies, per Complaint paragraphs 22, 24, per "equity acts with speed."
11. **Notice of Fiduciary Relations (February 13, 2025)**
    - Evidences Plaintiff's assertion of fiduciary duties and Beneficiary status to Defendants Office and issuance of a passport, per Complaint paragraph 24, per "equity protects the innocent."

**DATED**: June 28, 2025
**Respectfully submitted**,

Jacob Matthew, in Private Capacity
c/o 29489 Miller Road
Valley Center, CA 92082
Phone: (763) 258-3004
Email: jakej2284@gmail.com
Sui Juris Plaintiff

**Autograph:** /s/ Jacob Matthew /Beneficiary Executed: June 29, 2025
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sui Juris, In Private Capacity