Case Number: 24CU019517N     Case Name: Petition for Change of Name of Jensen

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on in my office.

Petition for Change of Name filed on 10/28/2024;Civil Case Cover Sheet filed on 10/28/2024;*********************************
Declaration filed on 10/28/2024; Order to Show Cause for Change of Name filed on 10/28/2024; ****************************
Proof of Publication filed on 11/25/2024;Decree Changing Name filed on 12/13/2024*************************************
***********************************************************************************************************************
***********************************************************************************************************************
***********************************************************************************************************************

WITNESS my hand and the seal of the court this

23rd day of December, 2024

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

I, **MAUREEN F. HALLAHAN**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **MICHAEL RODDY** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

23rd day of December, 2024

**MAUREEN F. HALLAHAN**
Judge of the Superior Court of the State of California
for the County of San Diego

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **MAUREEN F. HALLAHAN**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

23rd day of December, 2024

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV-015 J (Rev...)

RF 497 882 695   US-001.005

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jacob Matthew Jensen<br>c/o 29489 Miller Rd<br>Valley Center, CA 92082<br>TELEPHONE NO.:    FAX NO.:<br>EMAIL ADDRESS: jakej2284@gmail.com<br>ATTORNEY FOR (Name): | F I L E D<br>Clerk of the Superior Court<br><br>OCT 28 2024<br><br>By: _____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SAN DIEGO SUPERIOR COURT
MAILING ADDRESS: North County Division
CITY AND ZIP CODE: 325 S. Melrose Drive
BRANCH NAME: Vista, CA 92081

CASE NAME: Petition for Change of Name of Jensen

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 24CU019517N |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount demanded exceeds $35,000) | [ ] Limited<br>(Amount demanded is $35,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT.: N-25 |

Items 1–6 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[✓] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [ ] monetary b. [✓] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:
Jacob Matthew Jensen
(TYPE OR PRINT NAME)

All Rights Reserved, Without Recourse
By: Jacob Matthew / Surety Beneficiary
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

RF 497 882 695 US-001.005

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
      Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic
      relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. January 1, 2024]   **CIVIL CASE COVER SHEET**   Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.         | Clear this form |

Exhibit 1

NC-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Jacob Matthew Jensen | | |
| FIRM NAME: c/o 29489 Miller Road | | |
| STREET ADDRESS: Valley Center, CA 92082 | | |
| CITY: | STATE:   ZIP CODE: | F I L E D |
| TELEPHONE NO.: jakej2284@gmail.com  FAX NO.: | | Clerk of the Superior Court |
| E-MAIL ADDRESS: (763) 258-3004 | | OCT 28 2024 |
| ATTORNEY FOR (name): | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | | By: _____ |
| STREET ADDRESS: 325 S Melrose Dr. | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: Vista, CA 92081 | | |
| BRANCH NAME: | | |
| PETITION OF (name of each petitioner): Petition for Change of Name of Jensen | | |
| PETITION FOR CHANGE OF NAME | | CASE NUMBER: 24CU019517N |

Before you complete this petition, read the *Instructions for Filing a Petition for Change of Name* (form NC-100-INFO). (To change your name as part of a petition to recognize a change of gender, and obtain a new California birth certificate for yourself or your child, or a marriage certificate reflecting those changes, use form NC-300.)

1. Petitioner (present name): Jacob Matthew Jensen    (check a or b)
   a. [✓] resides in this county.
   b. [ ] does not live in California and (check 1 or 2)
      (1.) [ ] wants a name change on a marriage license, and was married in this county.
      (2.) [ ] wants a name change on their or their child's birth certificate, which was issued in this county.

2. Petitioner requests that the court decree the following name changes (list every name that you are seeking to change):

   | Present name | | Proposed name |
   |---|---|---|
   | a. Jacob Matthew Jensen | changed to | Jacob Matthew |
   | b. | changed to | |
   | c. | changed to | |

   [ ] Continued (If you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2.)

3. Petitioner requests that the court issue an order directing all interested persons to appear or file objections to show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is (specify): 0

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by
   a. [ ] two parents.
   b. [ ] one parent.
   c. [ ] near relative (name and relationship):
   d. [ ] guardian (name):
   e. [ ] attorney for an individual under the jurisdiction of the juvenile court (name):
   f. [ ] other (specify):

6. [✓] This petition seeks to change the name of (check one) [✓] petitioner  [ ] (name): to conform to that person's gender identity.

7. For each person whose name is to be changed, petitioner provides the following information (you must attach Name and Information About the Person Whose Name Is to Be Changed (form NC-110) for each person identified in item 2):
   a. Number of pages attached (specify number): 1
   b.–f. (These items are on the attached page or pages of form NC-110.)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>NC-100 [Rev. January 1, 2023] | PETITION FOR CHANGE OF NAME<br>(Change of Name) | Code of Civil Procedure, § 1275 et seq.<br>www.courts.ca.gov |

For your protection and privacy, please press the Clear This Form button after you have printed the form.  [Print this form]  [Save this form]    [Clear this form]



NC-110

| PETITION OF *(name of petitioner or petitioners):* Jacob Matthew Jensen FOR CHANGE OF NAME | CASE NUMBER: 24CU019517N |

**NAME AND INFORMATION ABOUT THE PERSON WHOSE NAME IS TO BE CHANGED**  Attachment ___ of ___
Attachment to *Petition* (form NC-100, form NC-300, or form NC-500)

*(You must use a **separate** attachment for **each person** whose name is to be changed. If petitioner is a guardian of a minor, a declaration of guardian (form NC-110G) must also be completed and attached for each minor whose name is to be changed.)*

7. *(Continued)* Petitioner applies for a decree to change the name of the following person:
   b. [✓] Self   [ ] Other
      (1) Present name *(specify):* Jacob Matthew Jensen
      (2) Proposed name *(specify):* Jacob Matthew
      (3) Born on *(date of birth):* 2nd of October, 1991
          and presently [ ] under 18 years of age   [✓] 18 years of age or older
      (4) Born at *(place of birth):* On the land of Minnesota, near city of Mora.
      (5) Sex *(as stated on original birth certificate):* [✓] Male   [ ] Female
      (6) Current residence address *(street, city, county, state, and zip code):* ~~29489~~ Miller Road, Valley Center, San Diego, California, [92082]
   c. Reason for name change *(explain):* Restoration of fundamental and equitable rights. See "Petition for Name Correction"
   d. Relationship of the petitioner to the person whose name will be changed:
      (1) [✓] Self          (4) [ ] Guardian ad litem or attorney for minor appointed by juvenile court
      (2) [ ] Parent        (5) [ ] Near relative *(indicate relationship):*
      (3) [ ] Guardian      (6) [ ] Other *(specify):*
   e. If the person whose name will be changed is under 18 years of age, provide the names and addresses, if known, of the following persons:
      (1) Parent *(name):*                      *(address):*
      (2) Parent *(name):*                      *(address):*
      (3) *(Only if neither parent is living)* Near relatives *(names, relationships, and addresses):*

   f. If the person whose name will be changed is 18 years of age or older, that person must sign the following declaration:

**DECLARATION**
I declare under penalty of perjury under the laws of the State of California that *(check one)* [✓] I am not  [ ] I am under the jurisdiction of the California Department of Corrections and Rehabilitation (in state prison or on parole) or in county jail **and** *(check one)* [✓] I am not  [ ] I am required to register as a sex offender under Penal Code section 290.

Date: 10-28-2024

All Rights Reserved, Without Recourse

Jacob Matthew Jensen
(TYPE OR PRINT NAME OF PERSON WHOSE NAME IS TO BE CHANGED)

▶ By: Jacob Matthew / Surety, Beneficiary
(SIGNATURE OF PERSON WHOSE NAME IS TO BE CHANGED)

*(If petitioner is represented by an attorney, the attorney's signature follows):*
Date:

_____                                   ▶ _____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF ATTORNEY)

*(Each petitioner must sign this petition in the space provided below or, if additional pages are attached, at the end of the last attachment.)* I declare under penalty of perjury under the laws of the State of California that the information in the foregoing petition is true and correct.
Date: Oct 28th 2024

All Rights Reserved, Without Recourse

Jacob Matthew Jensen
(TYPE OR PRINT NAME)

▶ By: Jacob Matthew / Surety, Beneficiary
(SIGNATURE OF PETITIONER)

Date:

_____                                   ▶ _____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PETITIONER)

[ ] ADD ADDITIONAL SIGNATURE LINES FOR ADDITIONAL PETITIONERS     [ ] SIGNATURE OF PETITIONERS FOLLOWS LAST ATTACHMENT

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-110 [Rev. January 1, 2023]

**NAME AND INFORMATION ABOUT THE PERSON WHOSE NAME IS TO BE CHANGED**
(Attachment to Petition for Change of Name)

Code of Civil Procedure, § 1275 et seq.
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]  [Save this form]     [Clear this form]

RF 497 882 695 US - 001.005

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jacob Matthew Jensen <br> ℅ 29489 Miller Road <br> Valley Center, CA 92082 <br> TELEPHONE NO.: (763) 258-3004    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | **F I L E D** <br> Clerk of the Superior Court <br><br> OCT 28 2024 <br><br> By: _____ |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> STREET ADDRESS: **SAN DIEGO SUPERIOR COURT** <br> MAILING ADDRESS: **North County Division** <br> CITY AND ZIP CODE: **325 S. Melrose Drive** <br> BRANCH NAME: **Vista, CA 92081** | |
| PLAINTIFF/PETITIONER: <br> DEFENDANT/RESPONDENT: Petition for Change of Name of Jensen | |
| **DECLARATION** | CASE NUMBER: <br> 24CU019517N |

Attached is a written Petition to the courts for Equitable Redemption/Restoration of my name and status. ~~and~~ 4 pages total Substance. Restoration

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Oct 28th 2024

Jacob Matthew Jensen
(TYPE OR PRINT NAME)

By: All Rights Reserved / Jacob Matthew / Surety, Beneficiary Without Recourse
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

RF 497 882 695 US-001.005

# Petition for Name Correction

In the Superior Court of California,
County of San Diego - North County Courthouse
325 South Melrose Drive
Vista, CA 92081

Jacob Matthew
Petitioner,

Case No.: 24CU019517N

## I. Introduction

The petitioner honorably and respectfully makes an oath that the statements in this petition are true, to the best of his knowledge, information, and belief, and states the following:

## II. Background Information

1. The petitioner was born on October 2, 1991, in Private, on the land, commonly known as Minnesota and would egress this land, heading west, officially ingressing the Private land commonly known as San Diego County, California, on August 10, 2018. The petitioner intends to live in San Diego County, California, indefinitely.
2. Petitioner states that he has never been convicted of felonies and is not requesting a name change to defraud creditors or for any other fraudulent reasons.

## III. Current and Desired Names

3. Petitioner's name is "Jacob Matthew," and the current legal name is "JACOB MATTHEW JENSEN," without prejudice and in an abundance of caution. The legal title the petitioner is seeking is "Jacob Matthew," to be distinguished and exonerated from "JACOB MATTHEW JENSEN" as a form of civil exoneration under the Doctrine of Suretyship.

RF 497 882 695 US-001.005

## IV. Legal Basis for Name Correction

4. Petitioner states: "JACOB MATTHEW JENSEN" is not his property because the 'STATE' name is at the top, not his, and his parents' signatures are not on the certificates, only a state official is on the certificate. There's no evidence that his parents named him "JACOB MATTHEW JENSEN." Petitioner wishes to assume the new legal name due to it being the name granted to him by his parents who exercised their sacred right to name him.

## V. Grounds for Petition

5. Due to this mistaken identity under the doctrine of idem sonans, undesirable, untenable and intolerable situations have occurred, such as: From Roman Civil law and non-English capitonyms, words spelled in ALL CAPITAL LETTERS as well as capitis diminutio maxima ("Maximum Loss of Status"). He no longer wishes for this threat of confusion and suspension of fundamental civilian rights to be withheld, damaged, ousted, or extinguished by these misnomers; under Roman civil loss, he has suffered a loss of age of majority civilian rights.
6. Under the doctrine of agent-principal conditions, which arise when said relations fuse the agent with the principal as one, resulting in an undesirable situation and a loss of civilian rights.
7. Under the doctrine of parens patriae - the guardian and ward relation, by which Petitioner has been erroneously regarded as a ward and a loss of rights.
8. As a volunteer surety on whose shoulders are imputed liabilities such as debts, mortgages, suretyships, and implied irrevocable trustee arrangements established due to mistaken commingling of identities between his legal name granted by his natural parents "Jacob Matthew" and the names of third-party foreign alien entities similarly named:
    - JACOB MATTHEW JENSEN - JENSEN, JACOB MATTHEW
    - JACOB M JENSEN - JENSEN, JACOB M
    - JACOB JENSEN - JENSEN, JACOB

## VI. Equity Maxims and Principles

9. **Equity Maxim**: "Equity does not aid a volunteer."
   "He who is a guarantor for a stranger will surely suffer for it, but he who hates being a guarantor is secure." (Proverbs 11:15)
10. It was never the intent of the Petitioner to use the name of a stranger or foreigner or third party without express consent or even by way of compensation.

RF 497 882 695 US-001.005

## VII. Prayer for Relief

11. Pray herein for mercy, forgiveness, and grace. Due to ignorance of law and mistaken long-time use of said foreign names, due to failure to come to good reason and conscience much sooner, due to doctrines of agent/principal without being fully availed of the consequences, due to mistaken unrestricted voluntary signatures, and without understanding the use of a decedent's Estate Capitis Diminutio Maxima Name for so long as to give rise to a mistaken presumption, for which the only proper relief from mistake and ignorance of the law is forgiveness and mercy, and that grace extinguish these past sins:

    "…the forgiveness of sins, according to the riches of grace" (Ephesians 1:7)

12. To lawfully restore his equitable rights and defenses to elect, assert, or defend against, the right to resign as a mistaken volunteer, implied registered agent, lease, agency, suretyship, or franchisee of similar foreign or alien names imputed to him without his express consent, for foreign or domestic similarly named entities, per the maxim "equity does not aid a volunteer." Scripture is clear that he is not to stand as surety for strangers (Proverbs 6:1-2; 11:15; Romans 13:8; 2 Kings 18:23,31).

13. To be restored in order to act or exercise his equitable rights in relation to said foreign and alien names, to wit: to be subrogated, exonerated, and restored of heir and cestui que rights and organic covenants to Land jurisdiction, enforce reimbursement from co-sureties, restitution, and merging of legal and equitable titles vested in said cestui que rights, such as the right to exercise the equity of redemption or declare deeds absolute to be equitable mortgages. In the absence of which, he may otherwise be clogged without the proper distinction, identifying himself by this Court's competent jurisdiction from any alien foreign enemy, foreign executor, or administrator by which he is otherwise barred from bringing suit into the exclusive original jurisdiction.

## VIII. Fundamental Rights Restoration

14. To be restored, safeguarded, secured, and protected of his private fundamental rights including, but not limited to, the right:
15. To civilian due process of law without confusion or suspension of jural relations to said Misnomers.
16. To live in accordance with biblical principles and teachings.
17. To remove any threat of use of his Name in violation of any other copyright, franchise, legal claims upon a similar name.

RF 497 882 695 US-001.005

18. To be the grantee absolute of his Name without the State.
19. To properly define who "you" is in singular or plural conjugation of English verbs on all documents, forms, and interrogatories verbal or written.
20. To defend against any mistaken or erroneously volunteered suretyship for any State, commercial, enemy, statutory, foreign or domestic, or international entities similarly named.
21. To defend against any mistaken or erroneous modes of practice of law, military, or municipal, modes or court practice and modes of proceedings.
22. As cestui que trust in the exclusive original jurisdiction as a covenantee to the Land jurisdiction established by this country's Declaration of Independence circa 1776.
23. To do absolutely anything whatsoever that does not harm, swindle, or infringe the rights or liberties of others or their property, Petitioner strives towards Equity with level eyes and clean hands, in good faith.

**Respectfully submitted,**

**Jacob Matthew**
**29489 Miller Road**
**Valley Center-San Diego County-California**
jakej2284@gmail.com
763 258 3004
Date: 28 OCT 2024

ALL RIGHTS RESERVED
By: _Jacob Matthew_  /Grantor, Surety, Beneficiary
WITHOUT RECOURSE

RF 497 882 695 US - 001.005

# ESCONDIDO TIMES-ADVOCATE
P.O. Box 461900
Escondido, CA 92046



FILED
Clerk of the Superior Court
NOV 2 5 2024

**SUPERIOR COURT OF CALIFORNIA**
**325 SOUTH MELROSE DRIVE**
**VISTA, CA 92081**

**PROOF OF PUBLICATION**

State of California
County of San Diego

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of 18 years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the publisher of the Escondido Times-Advocate, a newspaper of general circulation, published weekly in the city of Escondido, County of San Diego, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of May 25, 2018, Case number 2018-18480; that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Published in: ESCONDIDO TIMES-ADVOCATE
Run Dates: 10/31, 11/07, 11/14, 11/21/2024.

Executed on: Nov. 21, 2024

At Escondido, CA

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NUMBER: 24CU019517N
TO ALL INTERESTED PERSONS:
1. Petitioner:
JACOB MATTHEW JENSEN
filed a petition with this court for a decree changing names as follows:
a. Present Name:
JACOB MATTHEW JENSEN
Proposed Name:
JACOB MATTHEW
2. THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
a.    Date: DEC. 13, 2024, Time: 08:30 AM Dept: 25
**NO HEARING WILL OCCUR ON THE ABOVE DATE PLEASE SEE ATTACHMENT**
b.    The address of the court is: 325 SOUTH MELROSE DRIVE, VISTA, CA 92081
3. a. A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county:
THE ESCONDIDO TIMES-ADVOCATE
720 N BROADWAY, ESCONDIDO, CA 92025
Date: OCT 28, 2024
/s/ BRAD A. WEINREB
Judge of the Superior Court
Published in:
ESCONDIDO TIMES-ADVOCATE
10/31, 11/07, 11/14, 11/21/2024.
TA#4345

**(760) 546-4000**
720 N BROADWAY, STE 109, ESCONDIDO, CA 92025

RF 497 882 695 US -001.005

Exhibit 1

NC-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Jacob Matthew Jensen | | |
| FIRM NAME: c/o 29489 Miller Road | | |
| STREET ADDRESS: | | |
| CITY: Valley Center, CA 92082  STATE:  ZIP CODE: | | FILED |
| TELEPHONE NO.: (763) 258-3004  FAX NO.: | | Clerk of the Superior Court |
| E-MAIL ADDRESS: jakej2284@gmail.com | | OCT 28 2024 |
| ATTORNEY FOR (name): | | By: _____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 325 S. Melrose Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME:

PETITION OF (name of each petitioner):
Petition for Change of Name of Jensen

FOR CHANGE OF NAME

**ORDER TO SHOW CAUSE—CHANGE OF NAME**

CASE NUMBER: 24CU019517N

TO ALL INTERESTED PERSONS:

1. Petitioner (name): Jacob Matthew Jensen    filed a petition with this court
   for a decree changing names as follows:

   | Present name | | Proposed name |
   |---|---|---|
   | a. Jacob Matthew Jensen | to | Jacob Matthew |
   | b. ____ | to | ____ |
   | c. ____ | to | ____ |
   | d. ____ | to | ____ |
   | e. ____ | to | ____ |

   ☐ Continued on Attachment 1.

2. THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**

a. Date: Dec 13, 2024   Time: 8:30am   ☒ Dept.: N-25   ☐ Room: ____

b. The address of the court is   ☐ same as noted above   ☐ other (specify):
**NO HEARING WILL OCCUR ON THE ABOVE DATE; SEE ATTACHMENT**

(To appear remotely, check in advance of the hearing for information about how to do so on the court's website. To find your court's website, go to www.courts.ca.gov/find-my-court.htm.)

3. a. ☑ A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hearing on the petition in a newspaper of general circulation: Escondido Times Advocate
      ☑ (for resident of this county) printed in this county (specify paper): 720 Broadway, Ste 108, Escondido, CA 92025
      ☐ (for other petitioners) printed in the county in which petitioner resides or, if no county, in the local subdivision or territory where petitioner resides.

   b. ☐ Other (specify):

Date: OCT 28 2024

/s/ BRAD A. WEINREB
JUDGE OF THE SUPERIOR COURT

(If petitioner is requesting change of name of a minor, see Note Regarding Petition for Minors on page 2.)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
NC-120 [Rev. January 1, 2023]

**ORDER TO SHOW CAUSE—CHANGE OF NAME**

Code of Civil Procedure, § 1277
www.courts.ca.gov

LF 497 882 695 US - 001.005

NC-120

### NOTE REGARDING PETITIONS FOR MINORS

When a *Petition for Change of Name* has been filed for a child by one parent and the other parent, if living, does not join in consenting to the name change, the petitioner must have a notice of the time and place of the hearing or a copy of the *Order to Show Cause* served on the other parent not less than 30 days prior to the hearing under Code of Civil Procedure section 413.10, 414.10, 415.10, or 415.40.

If a petition to change the name of a child has been filed by a guardian, the guardian must (1) provide notice of the hearing to any living parent of the child by personal service at least 30 days before the hearing, or (2) if either or both parents are deceased or cannot be located, serve notice of the hearing on the child's grandparents, if living, not less than 30 days before the hearing under Code of Civil Procedure section 413.10, 414.10, 415.10, or 415.40.

*(This Note is included for the information of the petitioner and is not to be included in the Order to Show Cause published in the newspaper.)*

NC-120 [Rev. January 1, 2023]    **ORDER TO SHOW CAUSE—CHANGE OF NAME**    Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.  | Print this form | | Save this form |   | Clear this form |



RF 497 882 695 US-001.005

| CASE TITLE | CASE NUMBER |
|---|---|
| Petition for Change of Name of Jensen | 24CU019517N |

## ATTACHMENT TO ORDER TO SHOW CAUSE FOR CHANGE OF NAME (JC FORM #NC-120)

**NO HEARING WILL OCCUR ON THE DATE SPECIFIED IN THE ORDER TO SHOW CAUSE.**

The court will review the documents filed as of the date specified on the Order to Show Cause for Change of Name (JC Form #NC-120).

**If all requirements for a name change have been met** as of the date specified, and no timely written objection has been received (required at least two court days before the date specified), the Petition for Change of Name (JC Form #NC-100) will be granted without a hearing. One copy of the Order Granting the Petition will be mailed to the petitioner.

To change a name on a legal document, including a birth certificate, social security card, driver license, passport, and other identification, a certified copy of Decree Changing Name (JC Form #NC-130) or Decree Changing Name and Order Recognizing Change of Gender and for Issuance of New Birth Certificate (JC Form #NC-230) may be required. Contact the agency(ies) who issues the legal document that needs to be changed, to determine if a certified copy is required.

A certified copy of Decree Changing Name (JC Form #NC-130) or Decree Changing Name and Order Recognizing Change of Gender and for Issuance of New Birth Certificate (JC Form #NC-230) may be obtained from the Civil Business Office for a fee. Petitioners who are seeking a change of name under the Safe at Home program may contact the assigned department for information on obtaining certified copies.

**If all the requirements have not been met** as of the date specified, the court will mail the petitioner a written order with further directions.

**If a timely objection is filed,** the court will set a hearing date and contact the parties by mail with further directions.

**A RESPONDENT OBJECTING TO THE NAME CHANGE MUST FILE A WRITTEN OBJECTION AT LEAST TWO COURT DAYS** (excluding weekends and holidays) **BEFORE THE DATE SPECIFIED. Do not come to court on the specified date. The court will notify the parties by mail of a future hearing date.**

Any Petition for the name change of a minor *that is signed by only one parent* must have this Attachment served along with the Petition and Order to Show Cause, on the other non-signing parent, and proof of service must be filed with the court.

Exhibit 5

NC-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | |
|---|---|---|
| NAME: Jacob Matthew Jensen | | |
| FIRM NAME: % 29489 Miller Rd | | |
| STREET ADDRESS: Valley Center, CA 92082 | | |
| CITY: | STATE: | ZIP CODE: |
| TELEPHONE NO.: jakej2284@gmail.com | FAX NO.: | |
| E-MAIL ADDRESS: 763-258-3004 | | |
| ATTORNEY FOR (name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SAN DIEGO SUPERIOR COURT
MAILING ADDRESS: North County Division
CITY AND ZIP CODE: 325 S. Melrose Drive
BRANCH NAME: Vista, CA 92081

FILED
Clerk of the Superior Court
DEC 13 2024
By: J. Paruleski

PETITION OF (name of each petitioner):

Petition for Change of Name of Jensen        FOR CHANGE OF NAME

**DECREE CHANGING NAME**

CASE NUMBER: 24CU019517N

1. The petition was duly considered:
   a. ☐ at the hearing on (date):        in Courtroom:        of the above-entitled court.
   b. ☒ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      ☒ is not   ☐ is   required to register as a sex offender under section 290 of the Penal Code.
      This determination was made (check one):   ☒ by using CLETS/CJIS   ☐ based on information provided to the clerk of the court by a local law enforcement agency.

   c. ☒ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. ☐ Other findings (if any):

**THE COURT ORDERS**

3. The name of

   Present name                                  New name
   a. Jacob Matthew Jensen    is changed to    Jacob Matthew
   b.                         is changed to
   c.                         is changed to
   d.                         is changed to

☐ Additional name changes are listed on Attachment 3.

Date: 12/13/2024

JUDGE OF THE SUPERIOR COURT
☐ SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT
SIM von KALINOWSKI

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev. September 1, 2018]

**DECREE CHANGING NAME**

Code of Civil Procedure, §§ 1278, 1279
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]        [Clear this form]

RF 497 882 695 US-001.005