United States Department of State Exhibit 2

*New Orleans Passport Center*
*44132 Mercure Circle*
*PO Box 1115*
*Sterling, Virginia 20166-1115*

October 17, 2024

Jacob Matthew Jensen
29489 Miller Road
Valley Center, CA 92082

RE: 430383952

Dear Jacob Matthew Jensen:

Thank you for your recent passport application.

However, it appears that you wrote your Social Security Number incorrectly on your passport application. Please verify your Social Security Number and clearly write it in the spaces provided below:

000 -00 -0000

In addition: Read: 1st, 4th, 5th, 6th, 9th, 10th, 13th Amendments before you talk to me about the 14th!

It appears from the facts of your birth and the documents you submitted that you are a U.S. citizen and entitled to a U.S. passport. In accordance with the Fourteenth Amendment of the Constitution of the United States, all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States. As supreme law of our land, it cannot be waived by unilateral declaration except as otherwise provided by law.

The statutes applicable to U.S. passports provide that you may be issued a U.S. passport showing you are a U.S. citizen. We are not in a position to respond to or enter into a dialogue concerning any views which disagree with the Constitution or the citizenship laws of the United States as interpreted by the courts.

Therefore, please advise this office in writing if you wish a U.S. passport be issued to you at this time. It will show that you are a U.S. citizen.

Because we have no authority to issue a passport showing you as anything other than a U.S. citizen, your application will be denied unless we receive a response from you within 90 days.

To assist with processing your application, we must receive the requested information <u>within ninety (90) days of the date shown on this letter.</u> If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.**

Sincerely,

Customer Service Department

RF 497 882 695 US - 003.002