# Notice of Wrongful Denial, Demand for Fiduciary Performance, and Testimony under God of Truth

### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

---

**From:**
**Jacob Matthew**
Beneficiary of the Legal Estate of JACOB MATTHEW JENSEN
Trustee for the private, foreign, "Jacob Matthew: Jensen Family Trust"
℅ 29489 Miller Road
Valley Center, San Diego County, California [92082]
763 258 3004
jakej2284@gmail.com

**Date:** April 28, 2025

**To:**
United States Department of State
San Diego Passport Agency
1 Columbia Place, 401 W A Street, Suite 350
San Diego, California

**Cc:**
Secretary of State Marco Rubio
2201 C Street NW
Washington, D.C. 20520

---

# I. Preliminary Statement

This Notice serves as formal and lawful communication to correct and address material breaches of fiduciary duty, wrongful denial of service, and violations of protected rights under both legal and equitable standards.

I, Jacob Matthew, sui juris, standing in full capacity as the living man, expressly Beneficiary of the United States of America Trust, do hereby issue this Notice in good faith, preserving all my unalienable rights, without prejudice, and without recourse to any foreign or corporate powers.

---

## II. Testimony under God of Truth

I, Jacob Matthew, testify under God, the Supreme Witness and Source of all Truth, that the following facts are true, correct, and complete to the best of my firsthand knowledge, experience, and belief:

1. On **Monday, April 28, 2025**, at **9:30am**, I appeared for a scheduled passport appointment at the **San Diego Passport Agency** located at **1 Columbia Place, 401 W A Street, Suite 350, San Diego, California**.

2. I presented all materials required to support my application, including but not limited to:
   - Properly completed DS-11 Application
   - Recent passport photographs
   - Exemplified Copy of Superior Court Case #: 24CU019517N confirming the redemption of my legal status and fundamental and unalienable rights.
   - Private birth records: Notice of Parentage, Notice of Equitable Estate, Private Bible Record written and executed by Mother and Father

3. Upon presentation of my private, lawful documentation, I explicitly stated I was **not** a "U.S. citizen" and was **not** seeking a "U.S. citizen passport," but a **non-citizen national** passport.

4. Despite this lawful notice, the agency personnel — including a supervising agent — refused to accept my verified documents and demanded a **government-issued photo identification** (which would constitute forced assumption of U.S. citizenship contrary to my lawful status).

5. I requested remedy or alternate accommodation, which was repeatedly denied.

6. I requested written grounds for denial three times; the supervising agent refused each time.

7. I exited the premises peacefully but was wrongfully deprived of services owed to me under fiduciary trust obligations.

8. I incurred unnecessary damages, including $40 in parking fees, and suffered further injury to my rights, dignity, and trust relationship.

9. This is not the first instance of wrongful deprivation. In **September of 2024**, I lawfully submitted a passport application, which was wrongly denied on grounds of failure to provide a Social Security Number, despite my sworn testimony that no such number had ever been issued to me. I lawfully rebutted such presumption in writing, yet no corrective action was ever taken.

10. I have sent lawful Notices to the United States Department of State and the Secretary of State, all of which remain unanswered, further compounding the breaches.

RF 497 882 695 US - 003 . 004

2

I solemnly affirm before God Almighty that this testimony is made in honor, truth, and with full knowledge that all false testimony shall be judged by the Highest Court.

---

## III. Notice and Demand

**Take Notice:**

You are hereby formally noticed and demanded to:

1. **Immediately accept and process** my DS-11 passport application **without prejudice**, without forced adhesion to U.S. citizenship, and without requiring corporate government identification not applicable to my legal status.

2. **Acknowledge and honor** my status as a Private Minnesotan and non-citizen U.S. national as corrected and confirmed by lawful judgment.

3. **Cease and desist** from any further wrongful denial, obstruction, forced adhesion, or deprivation of services owed in fiduciary duty.

4. **Provide written explanation** if any lawful grounds exist to deny such service under trust law, constitutional protections, maxims of equity, or international obligations.

5. **Provide remedy or accommodation** immediately if procedural concerns exist.

**Failure to perform** within **ten (10) calendar days** of receipt of this Notice shall constitute tacit agreement that:

- No lawful cause exists to deny service;
- My rights have been knowingly and willfully violated;
- You accept full commercial and fiduciary liability for all resulting damages, including but not limited to claims for breach of trust, unlawful discrimination, willful deprivation of rights under color of law, and violations of the Universal Declaration of Human Rights.

---

## IV. Reservation of Rights

All rights reserved, none waived. I proceed under God, in equity, without prejudice, under the protections of the Constitution for the united States of America (1789) and the Holy Scriptures.

RF 497 882 695 US - 003 . 004 [3]

Exhibit 4

**Executed on:** 29th April 2025

**Autograph** Jacob Matthew /Beneficiary
Jacob Matthew from the Jensen family
Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sovereign American, Holder of Private Equitable Estate

All autographs were placed with clean hands, in good faith by Private American Nationals of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure. A copy shall have the same effect as the original document and serves as a notice to all parties who read it.

**Witnessed by:**

_____
Private Witness/ A.R.R. Without Recourse
Ana Parra

_____
Private Witness/ A.R.R. Without Recourse
Daniel Barczykowski

RF 497 882 695 US - 003 . 004

Exhibit 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
Attn: Secretary Marco Rubio
2201 C Street NW
Washington, D.C. 20520

9590 9402 8499 3186 7210 08

2. Article Number (Transfer from service label)

9589 0710 5270 1342 0735 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

Inspected and Processed
MAY 07 2025
DoS Official Mail Center

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20520

Certified Mail Fee  $4.85
$                   $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.77
$

Total Postage and Fees
$10.72

Sent To  Secretary of State
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

(Postmark: VALLEY CENTER CA 92082, APR 30 2025)