Exhibit 5

# NOTICE AND DEMAND TO THE OFFICE OF THE INSPECTOR GENERAL (OIG)

**Jacob Matthew**
Beneficiary of the United States of America Trust
Private Minnesotan, Sovereign American, Holder of Private Equitable Estate
℅ 29489 Miller Road, Valley Center, San Diego County, California 92082
763 258 3004
jakej2284@gmail.com

Date: 29th April, 2025

**To:**
Office of Inspector General
U.S. Department of State
~~SA-39, Room 8100~~ 1700 N. Moore St. (SA-39)
~~Washington, D.C. 20522-0308~~ Arlington, VA 22209

**Re:** Complaint Against the Department of State's Denial of Passport Application and Malfeasance

---

To Whom It May Concern,

I, Jacob Matthew, am a Private Minnesotan, Sovereign American, and Beneficiary of the United States of America Trust. I am writing to formally lodge a Notice and Demand regarding my unlawful denial of a passport application by the United States Department of State. This document serves as both a Notice of Wrongful Denial and a Demand for Fiduciary Performance.

This matter stems from a pattern of improper actions taken by the United States Department of State that deprive me of my inalienable rights under the Constitution and laws of the United States. The actions of the Department of State constitute clear malfeasance and abuse of fiduciary responsibility, as detailed below:

---

### 1. Background of the Matter

- On April 28th, 2025, I attended an appointment at the San Diego Passport Agency, wherein I submitted all necessary documents required for the processing of my passport application as a U.S. National (a Minnesota National by birth). Despite having provided an exemplified copy of California Superior Court Case #: 24CU019517N, which restored my legal status as a private Minnesota state national, I was denied service by the supervising agent. They incorrectly asserted that the Department of State does not issue passports to non-citizen nationals who were born in one of the states and demanded a government-issued photo ID, which I do not possess, as I am

RF 497 882 695 US – 003 . 006  [1]

not a U.S. citizen.

- Previous Denial: My previous application, submitted in September 2024, was also denied by the New Orleans Passport Center despite submitting a complete application, including an explanatory statement of my legal status. The Department demanded a Social Security Number (SSN), which I do not have, and refused to process my application based on the mistaken belief that I am a 14th Amendment citizen. I have not received any proper remedy or response following my certified Notice of Fiduciary Relations sent to the Department of State.

---

## 2. Demand for Immediate Action

Given the unlawful conduct of the **Department of State**, I am demanding the following actions:

1. **Immediate Investigation**: An immediate investigation into the actions and decisions made by the agents involved in my passport denial. Specifically, the behavior of the supervising agent at the San Diego Passport Agency on April 28, 2025, who wrongfully denied me service and refused to provide any legal or written justification for their decision.

2. **Restoration of My Rights**: The immediate processing of my passport application as a U.S. National (a Minnesota National), with the appropriate designator "09" as per FAM 505.2-2, and recognition of my private status under the Constitution and the laws of the United States of America.

3. **Corrective Action for Malfeasance**: A full review of the New Orleans Passport Center's wrongful refusal to process my application, including the unlawful demand for a Social Security Number, and any other improper actions that have taken place.

4. **Fiduciary Responsibility**: The Department of State's breach of fiduciary duty must be rectified, and I demand that the Office of the Inspector General hold the Department accountable for its actions.

---

## 3. Testimony Under God of Truth

I testify under **God's Truth** that the facts herein are accurate to the best of my knowledge and belief. The denial of my passport application, the continued misapplication of legal standards, and the breach of fiduciary responsibility are violations of my sovereign rights and unlawful deprivations of my liberty.

---

## 4. Legal Action and Remedy

Failure to remedy this situation within **14 days** from the receipt of this Notice will result in my pursuit of

RF 497 882 695 US – 003 . 006

2

all necessary legal remedies, including but not limited to filing complaints, seeking equitable relief, and pursuing damages for breach of fiduciary duty, malfeasance, and the deprivation of rights.

---

**Executed on:** 29th April 2025

**Autograph:** /s/ Jacob Matthew /Beneficiary
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sovereign American, Holder of Private Equitable Estate

All autographs were placed with clean hands, in good faith by Private American Nationals of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure. A copy shall have the same effect as the original document and serves as a notice to all parties who read it.

**Witnessed by:**

_____          _____
Private Witness/ A.R.R. Without Recourse          Private Witness/ A.R.R. Without Recourse
Ana Parra                                                              Daniel Barczikowski

RF 497 882 695 US - 003.006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
Office of Inspector General
1700 N. Moore St. (SA-39)
Arlington, VA 22209

9590 9402 8499 3186 7207 04

2. Article Number (Transfer from service label)

9589 0710 5270 1342 0736 50

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Processed on
MAY 07 2025
DoS Official Mail Center

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Arlington, VA 22209

Certified Mail Fee  $4.85
$ _____   $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.77
$ _____

Total Postage and Fees
$ $10.77

Sent To  OIG
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

Postmark Here: APR 30 2025 VALLEY CENTER CA USPS

9589 0710 5270 1342 0736 50

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions