Exhibit 6

# NOTICE AND DEMAND FOR CLARIFICATION OF FUNDAMENTAL RIGHTS AND STATUS

**Jacob Matthew**
Private American National
Beneficiary of the United States of America Trust
c/o 29489 Miller Road
Valley Center, California [92082]
Phone: (763) 258-3004
Email: jakej2284@gmail.com

April 29th, 2025

**To:**

**Rob Bonta**
Attorney General of California
California Department of Justice
1300 I Street, Suite 1740
Sacramento, CA 95814

**And:**

**Pam Bondi**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

---

**Re: Formal Demand for Clarification of Fundamental Rights and Status for Jacob Matthew, sui juris, born on the land of Minnesota, Private American National**

To Whom It May Concern,

I, Jacob Matthew, a living man born on the land of Minnesota and sui juris, private American National, Beneficiary of the United States of America Trust, hereby issue this formal and lawful Notice and Demand to your offices in your fiduciary and ministerial capacities.

Over the course of the past several months, I have attempted to exercise my fundamental, natural, and unalienable rights — secured to me by the Constitution for the United States of America 1789, the

RF 497 882 695 US-006.001

1

California Constitution 1849 (where my body is now, on the land), the Minnesota Constitution 1857 (my day of nativity on the land was the 2nd of October 1991), and the laws of nations — only to face systemic resistance and denial from public officials at multiple levels of government, including:

- The United States Department of State (Passport Agency),
- Navy Federal Credit Union (a federally chartered credit union),
- The Superior Court of California, County of San Diego, North County Division.

In each instance, I have been denied full access to rights, services, or remedies based solely on demands for "government-issued photo identification" and improper presumptions about my legal status. Despite my formal and lawful notices of my status as a private American National, not a 14th Amendment citizen, and despite my lawful exercise of my rights without adherence to statutory schemes, my peaceful assertion of rights has been obstructed.

This obstruction has included, but is not limited to:

- Wrongful denial of my passport application on improper procedural demands,
- Denial of access to banking and financial services,
- Denial of access to court filings and judicial remedies without mandatory statutory compliance.

I have exhausted my reasonable administrative remedies. Rather than pursue extensive litigation against each individual corporation, agency, and/or officer, I am hereby providing your offices with an opportunity to fulfill your fiduciary obligations as the highest legal officers of California and the United States.

**I formally and respectfully demand that:**

1. **The Attorney General of California** and **the Attorney General of the United States** issue or cause to be issued a formal clarification and affirmation of my standing as a Private American National and non-citizen National;

2. **The Attorney Generals** affirm that I am entitled to full protection of my natural, fundamental, and unalienable rights without compelled adhesion to identification requirements or statutory schemes in violation of those rights;

3. **Public officers, courts, and agencies** be notified and corrected regarding their obligations to respect my rights without further unlawful presumption or procedural obstruction;

RF 497 882 695 US - 006 . 001

2

4. A formal written response to this Notice and Demand be provided within **thirty (30) days** from receipt, affirming the actions taken and the remedies implemented.

## Notice of Good Faith and Reservation of Rights

This Notice is issued in good faith and with the sincere intent to avoid unnecessary litigation. I stand ready to assert my rights vigorously in the courts if necessary but would prefer that you, as fiduciary officers, fulfill your duties without further delay or damage.

Failure to respond appropriately will be deemed a waiver of immunity and consent to administrative remedy and potential judicial action without further notice.

**Executed on:** 29th April 2025

**Autograph** _Jacob Matthew_ /Beneficiary
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sovereign American, Holder of Private Equitable Estate

All autographs were placed with clean hands, in good faith by Private American Nationals of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure. A copy shall have the same effect as the original document and serves as a notice to all parties who read it.

**Witnessed by:**

_____        _____
Private Witness/ A.R.R. Without Recourse        Private Witness/ A.R.R. Without Recourse
Ana Parra                                      Daniel Barcikowski

Exhibit 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General Pam Bondi
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

9590 9402 8499 3186 7194 70

2. Article Number (Transfer from service label)
9589 0710 5270 1342 0735 20

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Evie Sassal
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
MAY 0 6 2025

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $4.01
Total Postage and Fees  $12.96

Sent To  USAG
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: VALLEY CENTER CA 92082, APR 30 2025

# NOTICE AND DEMAND FOR CLARIFICATION OF FUNDAMENTAL RIGHTS AND STATUS

**Jacob Matthew**
Private American National
Beneficiary of the United States of America Trust
c/o 29489 Miller Road
Valley Center, California [92082]
Phone: (763) 258-3004
Email: jakej2284@gmail.com

April 29th, 2025

**To:**

**Rob Bonta**
Attorney General of California
California Department of Justice
1300 I Street, Suite 1740
Sacramento, CA 95814

**And:**

**Pam Bondi**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

---

**Re: Formal Demand for Clarification of Fundamental Rights and Status for Jacob Matthew, sui juris, born on the land of Minnesota, Private American National**

To Whom It May Concern,

I, Jacob Matthew, a living man born on the land of Minnesota and sui juris, private American National, Beneficiary of the United States of America Trust, hereby issue this formal and lawful Notice and Demand to your offices in your fiduciary and ministerial capacities.

Over the course of the past several months, I have attempted to exercise my fundamental, natural, and unalienable rights — secured to me by the Constitution for the United States of America 1789, the

RF 497 882 695 US-008.001       1


California Constitution 1849 (where my body is now, on the land), the Minnesota Constitution 1857 (my day of nativity on the land was the 2nd of October 1991), and the laws of nations — only to face systemic resistance and denial from public officials at multiple levels of government, including:

- The United States Department of State (Passport Agency),
- Navy Federal Credit Union (a federally chartered credit union),
- The Superior Court of California, County of San Diego, North County Division.

In each instance, I have been denied full access to rights, services, or remedies based solely on demands for "government-issued photo identification" and improper presumptions about my legal status. Despite my formal and lawful notices of my status as a private American National, not a 14th Amendment citizen, and despite my lawful exercise of my rights without adherence to statutory schemes, my peaceful assertion of rights has been obstructed.

This obstruction has included, but is not limited to:

- Wrongful denial of my passport application on improper procedural demands,
- Denial of access to banking and financial services,
- Denial of access to court filings and judicial remedies without mandatory statutory compliance.

I have exhausted my reasonable administrative remedies. Rather than pursue extensive litigation against each individual corporation, agency, and/or officer, I am hereby providing your offices with an opportunity to fulfill your fiduciary obligations as the highest legal officers of California and the United States.

## I formally and respectfully demand that:

1. **The Attorney General of California** and **the Attorney General of the United States** issue or cause to be issued a formal clarification and affirmation of my standing as a Private American National and non-citizen National;

2. **The Attorney Generals** affirm that I am entitled to full protection of my natural, fundamental, and unalienable rights without compelled adhesion to identification requirements or statutory schemes in violation of those rights;

3. **Public officers, courts, and agencies** be notified and corrected regarding their obligations to respect my rights without further unlawful presumption or procedural obstruction;

RF 497 882 695 US - 008 . 001

2

4. A formal written response to this Notice and Demand be provided within **thirty (30) days** from receipt, affirming the actions taken and the remedies implemented.

**Notice of Good Faith and Reservation of Rights**

This Notice is issued in good faith and with the sincere intent to avoid unnecessary litigation. I stand ready to assert my rights vigorously in the courts if necessary but would prefer that you, as fiduciary officers, fulfill your duties without further delay or damage.

Failure to respond appropriately will be deemed a waiver of immunity and consent to administrative remedy and potential judicial action without further notice.

**Executed on:** 29th April 2025

**Autograph** _Jacob Matthew_ /Beneficiary
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sovereign American, Holder of Private Equitable Estate

All autographs were placed with clean hands, in good faith by Private American Nationals of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure. A copy shall have the same effect as the original document and serves as a notice to all parties who read it.

**Witnessed by:**

_____          _____
Private Witness/ A.R.R. Without Recourse   Private Witness/ A.R.R. Without Recourse
Ana Parra                                   Daniel Barczykowski

RF 497 882 695 US - 008 . 001



