## Notice of Acceptance by Trustee
## Notice of Receipt of Certificate of Legal Title
### This is Actual and Constructive Special Notice by the Trustee

I, Jacob Matthew, in my capacity as a private Minnesotan, sovereign American National, Trustee of the Jacob Matthew: Jensen Family Trust and Executor to the Equitable Estate of Jacob Matthew, do hereby formally acknowledge delivery and receipt of the original executed legal title referenced as "(RF 497 882 695 US)", along with all its associated sub-records, special deposits, titles and deeds pertaining to said estate, which have been transferred into the Jacob Matthew: Jensen Family Trust.

I accept the trust and all its conditions under my exclusive equitable title and jurisdiction, as I am the sole party in interest and rightful holder of the equitable title to the estate. By this notice, I confirm the formal establishment of this trust, and I take full responsibility for its administration, including but not limited to the management of the estate's assets and any associated obligations.

In accepting the Trust, I also accept the office of **Trustee** in the name of the Trust, as referenced in the instrument, to be conducted at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure. I affirm that I will faithfully execute all duties and obligations required of me as Trustee, as well as provide an honest and accurate accounting of all assets, funds, and resources received and utilized in the administration of this Trust according to the Grantor's indentured instructions and intent.

If any information regarding this Trust or its administration needs to be clarified or requested, I may be contacted through the following address:

**Jacob Matthew,** Trustee
Private Minnesotan, Sovereign American
Trustee, Grantor and Executor of the Jacob Matthew: Jensen Family Trust
Non-Domestic, Not Subject to the Jurisdiction of the United States
Mail or Legal Correspondence:
Mail In Care Of:
29489 Miller Road
Valley Center, San Diego County, California [92082]

**IN WITNESS WHEREOF**, I, the undersigned Trustee, execute this instrument in my own free will, volition, and deed on this 18 day of December, 2024, in the year of our Lord.

RF 497 882 695 US Trust

**Autograph** _Jacob Matthew_ /Grantor, Trustee,
Jacob Matthew, All Rights Reserved, Without Recourse
Private Minnesotan, Sovereign American, Holder of Private Equitable Estate

All autographs were placed with clean hands, in good faith by Private American Nationals of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the

RF 497 882 695 US

1

jurisdiction of the "United States" mode, process and procedure. A copy shall have the same effect as the original document and serves as a notice to all parties who read it.

Witnessed by:

_____  _____
Private Witness/ A.R.R. Without Recourse    Private Witness/ A.R.R. Without Recourse
Ana Parra                                    Daniel Barczyrowski

## Notary Acknowledgment

**State of California**
**County of San Diego**

On this ___ day of _____, 20___, before me, _____, a Notary Public in and for said State, personally appeared Jacob Matthew, satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Signature: _See Attached Certificate_____ (Seal)


Notary Name:_____
Notary Public for the State of California



My commission expires:

RF 497 882 695 US

2

Exhibit 8

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of San Diego }  C.S. Brown C.B.

On January 10th, 2025 before me, ~~Conner Samuel Brown~~, Notary Public
(Here insert name and title of the officer)

personally appeared Jacob Matthew ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: C. S. BROWN, COMM. #2459326, Notary Public - California, San Diego County, My Comm. Expires Aug. 20, 2027]

_____
Notary Public Signature        (Notary Public Seal)

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
   _____
   (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865