United States Department of State
San Diego Passport Agency
44132 Mercure Circle
PO Box 1136
Sterling, Virginia 20166-1136

Exhibit 9

May 23, 2025

Jacob Matthew No Name
29489 Miller Road RFD
Valley Center, CA 92082

RE: 763015922

We reviewed your passport application and cannot continue processing your application until you respond to this letter.

A social security number was not provided on your application. Please send:
- A photocopy of your social security card, or
- Write your correct U.S. Social Security Number below.

_____ - \_\_\_\_\_ - _____

Also, please provide us with the following information:

- Please submit your valid passport book. Our records indicate that you applied for a passport book in 2019.

If you do not have that passport book and/or passport card in your possession, please complete, in detail, the enclosed Form DS-64, Statement Regarding Lost or Stolen Passport, and mail the signed form to the address on this letter.

**It is the policy of Passport Services to return any expired passport book and/or passport card to the customer, <u>unless it is damaged or mutilated</u>.**

In addition,

Thank you for your recent passport application.

The laws applicable to U.S. passports provide that the Secretary of State may issue a passport only to persons owing allegiance to the United States, and that such persons must be U.S. citizens or U.S. nationals. The Immigration and Nationality Act of 1952 defines a national as "(A) a citizen of the United States, or (B) a person who, though not a

---

For assistance:
National Passport Information Center
1-877-487-2778 (TTY/TDD: 1-888-874-7793)

www.travel.state.gov

Citizen of the United States, owes permanent allegiance to the United States." At this time, only those persons who are natives of the territories of American Samoa and Swains Island are considered to be nationals, but not citizens of the United States.

Exhibit 9

For these reasons, the Department of State is not able to comply with your request and your application is denied. Any documents you submitted with your application are enclosed. Any special return postage fees will be returned or refunded. By law, the passport execution and application fees are non-refundable.

Any legal interpretation you wish to make should be sent to:

>   U.S. Department of State
>   Passport Services – Restrictive Actions Branch
>   44132 Mercure Cir.
>   P.O. Box 1243
>   Sterling, VA 20166 - 1243

**For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.**

Sincerely,

Customer Service Department

Enclosure(s):
Envelope
DS-64, Statement Regarding Lost or Stolen Passport

---

For assistance:
National Passport Information Center
1-877-487-2778 (TTY/TDD: 1-888-874-7793)

www.travel.state.gov