From: Jacob Matthew, pri e capacity
29489 Miller Road RFD
Valley Center, San Diego County, California
jakej2284@gmail.com
1 763 258 3004

To: U.S. Department of State
Passport Service - Restrictive Actions Branch
44132 Mercure Cir.
P.O. Box 1243
Sterling, VA 20166-1243

Date: June 10, 2025

Re: Passport Application Denial, Application # 763015922

Appeal for Jacob Matthew, per California Superior Court Case #24CU019517N

Dear Passport Services Adjudication Officer,

I respectfully appeal the denial of my U.S. passport application, as communicated in your recent letter, which cites the absence of a Social Security Number (SSN) and erroneously attaches my identity to "JACOB MATTHEW JENSEN," a name and status distinct from mine, despite my sworn statements and court documentation (Superior Court of California, Case #24CU019517N, December 13, 2024). I submit this equitable appeal, under penalty of perjury pursuant to the laws of the United States of America, to affirm my identity as Jacob Matthew, born October 2, 1991, in a private equitable estate on Minnesota soil, and to assert my inherent rights to a U.S. passport as a national born within the United States. I seek relief from the unconscionable violation of my rights, which has persisted since my initial application on October 4, 2024, despite multiple verified statements and testimony.

I am not, nor have I ever been, "JACOB MATTHEW JENSEN." My identity, as Jacob Matthew, is judicially affirmed by the Superior Court of California (Case #24CU019517N), a copy of which was provided with my application. Your records indicating a passport issued to "JACOB MATTHEW JENSEN" in 2019 do not pertain to me, as I have never held a U.S. passport. Equity demands recognition of my true identity, as "equity regards the substance, not the form" (Pomeroy, *Treatise on Equity Jurisprudence*, §378). Compelling me to assume a false identity is unjust and violates my inherent right to exist privately, affirmed by natural law.

I have never been issued an SSN, nor have I contracted with the Social Security Administration. The requirement to provide an SSN, per **22 C.F.R. §51.70(b)**, is inapplicable, as I cannot produce what does not exist. Forcing me to obtain an SSN or disclose personal information, if I possessed it, would violate my equitable right to liberty and privacy, as "equity will not suffer a wrong without a remedy" (Pomeroy, §47). Compelling me to act in a public capacity, as

RF 497 882 695 US-003.010 1

"JACOB MATTHEW JENSEN" or otherwise, denies my inherent right to private existence, which equity protects (Story, *Commentaries on Equity Jurisprudence*, §259). Such demands are unconscionable, as they infringe my natural rights without harm to others.

The birth certificate submitted with my application serves solely to prove my birth on Minnesota soil, not to consent to statutory jurisdiction or public capacity. My birth in a private equitable estate entitles me to U.S. nationality and a passport, per **8 U.S.C. §1401(a)**, without subjecting me to statutory burdens. Equity recognizes my intent, as "equity delights in equality" (Story, §964), ensuring my Minnesota birth grants me the inherent right to travel, due process, liberty, and private existence, free from unjust mandates. I also included multiple private birth records from my mother and father, as well as a notarized DS-10 from my mother and father, handwritten and sworn which detail and confirm I was born on Minnesota soil which was included with application #763015922. Total disregard of these lawful documents, submitted multiple times is a violation of my due process.

Since October 4, 2024, I have diligently pursued this passport, submitting multiple sworn statements, verified testimony, and court documentation to clarify my identity and status. The Department's persistent attachment of my identity to "JACOB MATTHEW JENSEN" and demand for an SSN constitute a vast violation of my equitable rights, causing undue hardship and denying my natural right to travel. I have acted in good faith, seeking only to exercise my inherent rights, yet face repeated obstructions that equity cannot countenance.

Since October I have suffered multiple counts of irreparable harm and will suffer more at the Department's violations. I have missed the birth of my niece Cedar, I have missed the first easter celebration in my parents house, I have postponed a trip to Mexico for my health, and coming up if I am still denied this passport I will miss my family's branding which is an important and only annual ranch task June 13th, I will miss a family reunion in July, the Lakota Sundance Ceremony in July, and I am negotiating a contract with a pharmaceutical company in England which will be harmed if my right to travel is continually denied and I can't go to England and execute the contract.

I respectfully request:

1. Issuance of a U.S. passport in the name "Jacob Matthew," reflecting my judicially affirmed identity and U.S. national status, without an SSN, as none exists.
2. Correction of your records to disassociate me from "JACOB MATTHEW JENSEN" and any 2019 passport issued under that name.
3. Acknowledgment of my equitable rights to travel, due process, liberty, and private existence, free from compelled public capacity or statutory burdens.

I swear, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct. I seek equitable relief to remedy this injustice, trusting the

KF 497 882 695 US - 003 . 010 [2]

Department will honor my inherent rights and natural justice. Please respond within 30 days to confirm receipt and outline next steps. I am prepared to pursue further equitable remedies, including judicial review, if necessary.

Thank you for your attention to this matter. I remain committed to resolving this equitably and peacefully.

Respectfully,

**Executed on:** June 10th 2025

**Autograph** *Jacob Matthew* **/Beneficiary**
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sui Juris in Private Capacity

All autographs were placed with clean hands, in good faith by Private American Nationals of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure. A copy shall have the same effect as the original document and serves as a notice to all parties who read it.

Enclosures:

- Copy of Superior Court of California Case #24CU019517N

RF 497 882 695 US - 003.010[3]

Exhibit 10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of State
   Passport Services - Restrictive Actions Branch
   44132 Mercure Cir.
   P.O. Box 1243
   Sterling, VA 20166-1243

   9590 9402 5382 9189 3676 01

2. Article Number (Transfer from service label)

   9589 0710 5270 1342 0735 51

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Sterling, VA 20166

Certified Mail Fee  $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.59
$
Total Postage and Fees  $11.54
$
Sent To  USDS - Passport Appeal
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here  JUN 10 2025  VALLEY CENTER MPO CA  06/10/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 1342 0735 51