UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MATTHEW,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES, UNITED STATES DEPARTMENT OF STATE, SAN DIEGO PASSPORT AGENCY, and MARCO RUBIO, in his official capacity as Secretary of State,<br><br>                    Defendants. | Case No.:   3:25-cv-01664-JES-JLB<br><br>**ORDER DENYING MOTIONS AS MOOT**<br><br>**[ECF Nos. 21, 22, 23, 24, 25, 26, 27, 28]** |

On June 30, 2025, *pro se* Plaintiff Jacob Matthew ("Plaintiff") brought suit against Defendants the United States, United States Department of State, San Diego Passport Agency, and Marco Rubio, in his official capacity as Secretary of State (collectively, "Defendants"), seeking to compel Defendants to issue a U.S. passport without the requirement of providing a social security number ("SSN"). ECF No. 1. On July 2, 2025, this Court dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e) with leave to amend and dismissed other pending motions as moot. ECF No. 11. The Court identified multiple deficiencies within the complaint; most glaringly, however, was Plaintiff's failure to state a claim upon which relief may be granted. *See id.* at 3-5.

On July 22, 2025, Plaintiff brought his First Amended Complaint, based upon the same factual allegations. ECF No. 13. On August 25, 2025, the Court dismissed Plaintiff's First Amended Complaint without leave to amend due to Plaintiff's repeated failure to state a claim upon which relief might be granted, and the Clerk of the Court closed this case. ECF No. 19.

Plaintiff has subsequently filed a number of motions and other filings in this case. ECF Nos. 21, 22, 23, 24, 25, 26, 27, 28. Because this case is closed and Plaintiff was not granted leave to amend, the Court **DENIES** all motions as moot.

**IT IS SO ORDERED.**

Dated: November 12, 2025

Honorable James E. Simmons Jr.
United States District Judge